UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY VINCI,<br><br>　　　　　　　　　Petitioner,<br><br>　vs.<br><br>DR. JEFFREY BEARD, Secretary,<br><br>　　　　　　　　　Respondent. | Civil No.　13cv1756-BTM (PCL)<br><br>**ORDER SUBSTITUTING RESPONDENTS** |

　　　Petitioner is a state prisoner proceeding pro se with a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. He initially named as Respondents D. Paramo, the Warden of the prison where he was confined at the time he initiated these proceedings, and Kamala D. Harris, the California Attorney General. On April 16, 2014, Petitioner notified the Court that he has been transferred to another institution. (ECF No. 18.)

　　　A writ of habeas corpus acts upon the custodian of the state prisoner. See 28 U.S.C. § 2242; Rule 2(a), 28 U.S.C. foll. § 2254. Because Petitioner's place of custody has changed, so has his custodian. In order to conform with the requirements of Rule 2(a) of the Rules Governing § 2254 Cases and to avoid changing the Respondent again if Petitioner is transferred to another prison or paroled, the Court hereby sua sponte **ORDERS** the substitution of Dr. Jeffrey Beard, Secretary of the California Department of Corrections and Rehabilitation, as

1  Respondent in place of Warden D. Paramo.  See Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894
2  (9th Cir. 1996) (stating that the respondent in § 2254 proceedings may be the chief officer in
3  charge of state penal institutions).

4  In addition, the California Attorney General is not a proper respondent to this action.
5  Rule 2 of the Rules following § 2254 provides that the state officer having custody of the
6  petitioner shall be named as respondent.  Rule 2(a), 28 U.S.C. foll. § 2254.  However, "[i]f the
7  petitioner is not yet in custody – but may be subject to future custody – under the state-court
8  judgment being contested, the petition must name as respondents both the officer who has
9  current custody and the attorney general of the state where the judgement was entered."  Rule
10  2 (b), 28 U.S.C. foll. § 2254.  Here, there is no basis for Petitioner to have named the Attorney
11  General as respondent.

12  **Conclusion and Order**

13  The Clerk of the Court shall modify the docket to reflect "Dr. Jeffrey Beard, Secretary"
14  as Respondent in place of "D. Paramo" and "Kamala D. Harris."

15  **IT IS SO ORDERED.**

16  DATED: May 6, 2014

19  Hon. Peter C. Lewis
    U.S. Magistrate Judge
20  United States District Court

25  CC:  ALL PARTIES